## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | **Criminal No. 24-00114-TFM** |
| | * | |
| GERALD BILL CASTILLE, | * | |
|     aka CASTILLO, aka G, | * | |
|     aka GZY, aka JEEZY, | * | |
| KRYSTLE NICOLE BREAUX, | * | |
|     aka KRYSTLE KENNEDY | * | |
|     BREAUX, aka B, aka B NOW, | * | |
| JESUS EDUARDO GUARDIOLA, | * | |
| EDUARDO MARTINEZ, JR., | * | |
|     aka EDDIE MONSTER, | * | |
| JOHN DAVID CLARKE, | * | |
|     aka CLUB, aka STACK, | * | |
|     aka STACKHOUSE, aka BOBE, | * | |
|     aka NED, | * | |
| DEMETRIUS JAMES LUTIN, | * | |
|     aka OG SMOOTH, aka MOOK, | * | |
| CEDRIC DARNELL WILLIAMS, | * | |
|     aka SAID OLD SCHOOL, | * | |
|     aka CED, | * | |
| RONALD DARNELL PHILLIPS, | * | |
|     aka RON AUSTAL NEW, | * | |
|     aka RON FAM LINE, | * | |
| NICHOLAS FERLANDO HAYNIE, | * | |
|     aka ARK DUECE, aka DUECE | * | |

**Forfeiture Notice:  Bill of Particulars**
**Criminal Forfeiture**
**Title 21, United States Code, Section 853**

Comes now the United States of America, by and through the United States

Attorney, and pursuant to Federal Rule of Criminal Procedure 32.2(a), hereby gives

notice that Item 9 in the original Forfeiture Notice of the Indictment was identified with

typographical errors in the VIN number, and it is correctly identified as follows:

9.      One 2018 black Dodge Challenger, VIN 2C3CDZBT0JH297253.

Furthermore, the United States of America, by and through the United States

Attorney, pursuant to Federal Rule of Criminal Procedure 32.2(a), alleges that the

following specific property is subject to forfeiture on the basis of the allegations set forth

in the Forfeiture Notice of the Indictment in the above-styled criminal case:

14.      $190,000.00 in United States currency, more or less, seized from **JESUS**

**EDUARDO GUARDIOLA** on August 28, 2024;

15.      One white 2021 Chevrolet pickup truck, Texas license plate TX-

VMB4719, VIN 3GCPWDED9MG200425;

16.      Seven miscellaneous gun magazines seized from the residence of

**GERALD BILL CASTILLE** on Shan Drive in Mobile, Alabama on December 3 and 4,

2022;

17.      393 rounds of miscellaneous ammunition seized from the residence of

**GERALD BILL CASTILLE** on Shan Drive in Mobile, Alabama on December 3 and 4,

2022;

18.      Three boxes of miscellaneous ammunition seized from the residence of

**GERALD BILL CASTILLE** on Shan Drive in Mobile, Alabama, on December 4, 2022;

19.      256 rounds of miscellaneous ammunition seized from the residence of

**KRYSTLE NICOLE BREAUX** on Provincial Blvd in Katy, Texas, on January 12,

2023;

20.     Six miscellaneous magazines seized from the residence of **KRYSTLE NICOLE BREAUX** on Provincial Blvd in Katy, Texas on January 12, 2023;

21.     Kimber .380 Pistol, serial number P0106565, with seven rounds of ammunition seized from **CEDRIC DARNELL WILLIAMS** on or about July 31, 2024;

22.     $870.00 in U.S. Currency, more or less, seized from **JOHN DAVID CLARKE** on July 29, 2024; and

23.     $2,505.00 in U.S. Currency, more or less, seized from **NICHOLAS FERLANDO HAYNIE** on September 24, 2024.

This Bill of Particulars supplements, and does not replace, the Forfeiture Notice included in the Indictment.  It does not limit the United States from seeking the forfeiture of additional specific property or limit the United States from seeking the imposition of a forfeiture money judgment.

Respectfully Submitted,

SEAN P. COSTELLO
UNITED STATES ATTORNEY

By:   */s/ Gloria A. Bedwell*
      Gloria A. Bedwell
      Assistant United States Attorney
      United States Attorney's Office
      63 South Royal Street, Suite 600
      Mobile, AL 36602
      Telephone (251) 441-5845

By:   */s/ Justin Kopf*
      Justin Kopf
      Assistant United States Attorney
      United States Attorney's Office
      63 South Royal Street, Suite 600
      Mobile, AL 36602
      Telephone (251) 441-5845

3

## <u>CERTIFICATE OF SERVICE</u>

   I hereby certify that on October   8, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

           */s/ Justin Kopf*    
           Justin Kopf
           Assistant United States Attorney